Michael SWAIN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75930.

Nov. 9, 1999.

Missouri Court of Appeals,
Eastern District,
Division One.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 5, 2000.

Application for Transfer Denied
Feb. 22, 2000.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., and PAUL J. SIMON and JAMES R. DOWD,, JJ.

### ORDER

PER CURIAM.

Defendant Michael Swain appeals the motion court's judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment in accordance with Rule 84.16(b).